8723333

4041

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
| v. | ) |
| MICHAEL D. CLAYTON | ) Case No.   18cr158 (RDM) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT
(Enter in NCIC)

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **MICHAEL D. CLAYTON**                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☑ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
  (See attached.)

Date:   05/29/2019                                                                             _____
                                                                                                            *Issuing officer's signature*

City and state:    Washington, D.C.                                            K. Thompson, Courtroom Deputy Clerk
                                                                                                            *Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* 05/29/2019 , and the person was arrested on *(date)* 07/01/2019 at *(city and state)* ALEXANDRIA, VA . |
| Date: 07/03/2019 |
| *Arresting officer's signature* |
| RUFENER   PUSM |
| *Printed name and title* |